Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JAN 2 1 2020

U.S. DISTRICT COURT-WVND
WHEELING, WV  26003

*Stanford Ray Coleman*

_____
*Your full name*

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

v.

*Paul Choushore*

Civil Action No.: 5:20- cv -9
*(To be assigned by the Clerk of Court)*

Bailey
Mazzone
Blalock

_____
*Enter above the full name of defendant(s) in this action*


## I.   JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of
Federal Bureau of Narcotics, 403 U.S. 388 (1971).**  The Court has jurisdiction over
this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.


## II.   PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing
address in the space provided.*

A.   Name of Plaintiff:_____   Inmate No.: _____
Address: Federal Correctional INSTITUTION
P.O. Box 5000 , BrucetonMills, WV. 26525

*In Item B below, place the full name of each defendant, his or her official position, place of
employment, and address in the space provided.*

**Attachment A**

B.     Name of Defendant: ___Paul Craushore___
       Position: __attorney__
       Place of Employment: __Paul croushore, Esq Attorney at Law__
       Address: ___P.O. Box 75170___
       _____Cincinati Ohio, 45275_____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes       □ No

If your answer is "YES," briefly explain: _____
_____
_____
_____

B.1     Name of Defendant: _____
       Position: _____
       Place of Employment: _____
       Address: _____
_____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    □ Yes       □ No

If your answer is "YES," briefly explain: _____
_____
_____
_____
_____

B.2     Name of Defendant: _____
       Position: _____
       Place of Employment: _____
       Address: _____
_____
Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    □ Yes       □ No

**Attachment A**

If your answer is "YES," briefly explain: _____
_____
_____
_____
_____

B.3   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____
      _____

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?      □ Yes          □ No

      If your answer is "YES," briefly explain: _____
      _____
      _____
      _____
      _____

B.4   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____
      _____

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?      □ Yes          □ No

      If your answer is "YES," briefly explain: _____
      _____
      _____
      _____
      _____

**Attachment A**

B.5   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____
      _____

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?      ☐ Yes      ☐ No

      If your answer is "YES," briefly explain: _____
      _____
      _____
      _____
      _____

III.   <u>PLACE OF PRESENT CONFINEMENT</u>

Name of Prison/ Institution: <u>F.C.I. Hazelton</u> _____

      A.    Is this where the events concerning your complaint took place?
            ☑ Yes      ☐ No

            If you answered "NO," where did the events occur?
            _____

      B.    Is there a prisoner grievance procedure in the institution
            where the events occurred?      ☐ Yes      ☑ No

      C.    Did you file a grievance concerning the facts relating to this complaint in the
            prisoner grievance procedure?
            ☐ Yes      ☑ No

      D.    If your answer is "NO," explain why not: <u>N/A</u> _____
            _____
            _____
            _____

      E.    If your answer is "YES," identify the administrative grievance procedure
            number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _____

LEVEL 2 _____

LEVEL 3 _____

## IV.    PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          ☐ Yes          ☑ No

B.    If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.    Court: _____
      *(If federal court, name the district; if state court, name the county)*

3.    Case Number:_____

4.    Basic Claim Made/Issues Raised: _____
      _____
      _____
      _____

5.    Name of Judge(s) to whom case was assigned:
      _____

6.    Disposition: _____
      *(For example, was the case dismissed?  Appealed?  Pending?)*

7.    Approximate date of filing  lawsuit:_____

**Attachment A**

      8.     Approximate date of disposition. Attach Copies:_____

C.     Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
          ☐ Yes      ☐ No

D.     If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.

_____

_____

_____

_____

E.     Did you exhaust available administrative remedies?
          ☐ Yes      ☐ No

F.     If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____

_____

_____

_____

_____

G.     If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

      1.     Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____

Defendant(s): _____

2.   Name and location of court and case number:

_____

_____

_____

3.   Grounds for dismissal:   ☐ frivolous   ☐ malicious
☐ failure to state a claim upon which relief may be granted

4.   Approximate date of filing lawsuit: _____

5.   Approximate date of disposition: _____


V.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case.  Describe what each defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)**

CLAIM 1: Legal malpractice, attorney Paul Croushore violated his duty of care, that had been owed to me, while he was representing me. The professional Negligence, was Due to his Fraudulent Misrepresentation

Supporting Facts: He has taken Money and Committed Fraud

**Attachment A**

_____

_____

_____

_____

CLAIM 2: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

CLAIM 3: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

CLAIM 4: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

**Attachment A**

_____
_____
_____

CLAIM 5: _____
_____
_____
_____
_____

Supporting Facts: _____
_____
_____
_____
_____

VI.   **INJURY**

    Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the
exact nature of your damages.

Mental damages and Stress
_____
_____
_____
_____
_____

VII.  **RELIEF**

    State **BRIEFLY and EXACTLY** what you want the Court to do for you. _Make
no legal arguments. Cite no cases or statutes._

Removed from the case, Reimburse the money I
have spent.
_____
_____

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  FCI Hazelton  on  01/09/2620  .
            (Location)          (Date)

                    Your Signature